XAVIER BECERRA
Attorney General of California
LORA D. CURTIS
Supervising Deputy Attorney General
FRANK M. LA FLEUR
Deputy Attorney General
State Bar No. 213438
  455 Golden Gate Avenue, Suite #11000
  San Francisco, CA  94102
  Telephone: (415) 510-3597
  E-mail:  Lora.Curtis@doj.ca.gov
*Attorneys for Defendants*
*California Highway Patrol and*
*Sgt. S. Lander*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T.J. LATVIS,**<br><br>                            Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL, SCOTT LANDER, et al.,**<br><br>                            Defendants. | 4:20-cv-02900-HSG<br><br>**STIPULATION TO EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO EXTEND PRE-SETTLEMENT CONFERENCE DISCOVERY DEADLINES; ORDER** |

<u>STIPULATION TO AN EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE AND TO EXTEND PRE-SETTLEMENT CONFERENCE DISCOVERY DEADLINES</u>

Come now all parties to this action and jointly stipulate to an extension of time to complete the settlement conference and to extend pre-settlement conference discovery deadlines.

On January 12, 2021, Chief Magistrate Judge Joseph C. Spero issued a Notice and Order Setting Further Settlement Conference (ECF No. 38) for March 2, 2021.  On February 9, 2021, Karen L. Hom, Courtroom Deputy to Magistrate Chief Judge Spero, communicated with counsel

for the parties to advise that Judge Spero is no longer available on March 2, 2021 for the ordered settlement conference. The settlement conference is now scheduled for June 2, 2021.

The parties to this action acknowledge that all orders contained in ECF No. 38, excepting the settlement conference date, have full force and effect.

The parties were prepared to go forward with depositions of Sgt. Lander and, thereafter, of Plaintiff T. J. Latvis and witness Hattaya Dowbenko. Due to illness of Plaintiff's counsel, however, these depositions, unfortunately, had to be cancelled.

Pursuant to the August 8, 2020 Scheduling Order (ECF No. 26), the deadline to disclose experts and provide Rule 26 expert reports is February 12, 2021. The parties to this action jointly stipulate that the disclosure of expert witnesses and the production of Rule 26 expert reports shall occur on **April 23, 2021**.

Pursuant to the August 8, 2020 Scheduling Order (ECF No. 26), fact discovery was to close on December 31, 2020. Pursuant to an informal agreement by the parties, that date was extended to February 26, 2020. The parties to this action jointly stipulate that fact discovery will close on **April 9, 2020.**

The parties agree that the core depositions to be completed before the June 2, 2021 settlement conference are: (1) T.J. Latvis, (2) Sgt. S. Lander, (3) Officer S. Young, (4) Officer D. Gomez, and (5) Hattaya Sawatdee Dowbenko. The parties to this action jointly stipulate and agree that they will act in good faith to produce, and facilitate the production of, the above-named individuals for deposition and best efforts will be made to complete these core depositions no later than **May 14, 2021.**

**IT IS SO STIPULATED.**

Dated this 25th day of February 2021

    /S/
PHILIP J. KAPLAN, Esq
Attorney for Plaintiff, T.J. Latvis

Dated this 25th day of February 2021

      /S/
_____
FRANK M. LA FLEUR
Deputy Attorney General
Attorney for Defendants, California Highway Patrol & Sgt. S. Lander

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 2nd day of March 2021

*[signature: Haywood S. Gilliam, Jr.]*
United States District Judge